Eugene Kim, SBN: 221753
Email: eugene.kim@streamkim.com
**STREAM KIM HICKS WRAGE & ALFARO, PC**
3403 Tenth Street, Suite 700
Riverside, CA  92501
Telephone: (951) 783-9470
Facsimile: (951) 783-9475

*Attorneys for Applicants*
*Min-ji Kim, Phạm Ngọc Hân,*
*Ji-hye Mo, Hae-rin Kang, Hye-in Lee*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| *In re Ex Parte* Application of | CASE NO. 3:24-mc-80072 |
| Min-ji Kim, Phạm Ngọc Hân, Ji-hye Mo, Hae-rin Kang, Hye-in Lee, | **DECLARATION OF DONGHOON SHIN IN SUPPORT OF APPLICANTS'** ***EX PARTE*** **APPLICATION FOR ORDER PURSUANT TO 28. U.S.C. § 1782 AUTHORIZING DISCOVERY FOR USE IN FOREIGN PROCEEDINGS** |
| Applicants. | |

I, Donghoon Shin, declare that:

1. I am more than 18 years of age, am competent to testify on the matters stated in this declaration, and, except as may be otherwise stated in this declaration, have personal knowledge of the matters stated in this declaration.

2. I am the Vice President of ADOR Co., Ltd. (hereinafter "**ADOR**"), a corporation established in November 2021 as an independent label under its parent company HYBE Co., Ltd. under the laws of the Republic of Korea. The principal place of business of ADOR is located in Seoul, Republic of Korea. ADOR is engaged in the entertainment business and manages and trains K-pop singers and talents.

1
DECLARATION OF DONGHOON SHIN

STREAM|KIM
ATTORNEYS AT LAW
3403 TENTH STREET,
STE 700
RIVERSIDE, CA  92501
951-783-9470

3. Min-ji Kim, Phạm Ngọc Hân, Ji-hye Mo, Hae-rin Kang, and Hye-in Lee (hereinafter "**Applicants**") are members of a Korean female group called NewJeans formed by ADOR in 2022. As NewJeans' record label and entertainment agency, ADOR is authorized to take steps to protect the reputation of its artists, including the Applicants.

4. This declaration is in support of the Applicants' *Ex Parte* Application for an Order Pursuant to 28 U.S.C. § 1782 Authorizing Discovery for Use in Foreign Proceedings.

5. An anonymous individual (hereinafter "**Anonymous Individual**"), using the YouTube channel named *7th Grade in Middle School* ("중학교 7학년" in the original Korean language) (hereinafter "**YouTube Channel**") located at https://www.youtube.com/@Middle7, published multiple YouTube videos in which the Anonymous Individual made various false and defamatory statements about the Applicants. In particular, the Anonymous Individual uploaded as many as 33 defamatory videos regarding the Applicants (hereinafter "**YouTube Videos**"); attached as **Exhibit 1** is a true and correct screenshot of the YouTube Channel as of March 12, 2024.

6. Among the YouTube Videos, three examples of defamatory videos that the Anonymous Individual has published on the YouTube Channel concerning the Applicants are located at:

   (a) https://www.youtube.com/watch?v=jyxy9s9tnmw (hereinafter "**Video 1**");

   (b) https://www.youtube.com/watch?v=XGoZhBK9NDY (hereinafter "**Video 2**");

   (c) https://www.youtube.com/watch?v=vOr-B9NXoNA (hereinafter "**Video 3**").

7. Video 1, Video 2, and Video 3 state false and defamatory statements about the Applicants.

   (a) Video 1 is titled *Reasons Why NewJeans Is A Crap Group* ("뉴진스가 허접 그룹인 이유" in the original Korean language). A caption saying "Nguyen" ("응우옌" in the original Korean language), the most common surname in Vietnam, is shown above a photo of NewJeans members and notes that its member Min-ji Kim is a Filipino.

STREAM|KIM
ATTORNEYS AT LAW
3403 TENTH STREET,
STE 700
RIVERSIDE, CA 92501
951-783-9470

(b) Video 2 is titled *Collection of Shocking Past Photos of Popular Female Idols* ("인기 여자아이돌 충격의 과거사진 모음" in the original Korean language). It refers to Min-ji Kim as the "eldest daughter of a Vietnamese farmer" ("베트남 농부 첫째 딸" in the original Korean language).

(c) Video 3 is titled *NewJeans Min-ji Who Ends Up Writing a Letter of Apology Because of Kalguksu Incident* ("칼국수로 결국 반성문까지 쓴 뉴진스 민지" in the original Korean language). It notes, "Apparently Heejin Min reviewed her written apology 100 times and she went back to her place and had Malatang and 5 bottles of Soju with Haerin!" ("민희진한테 반성문 검토 100번 받고 숙소 가서 해린이랑 마라탕에 소주 5병 깠다네요. 다음날 해장은 칼국수로 했다고 전해집니다!" in the original Korean language).

8. The YouTube Videos have been viewed more than 13,800,000 times as of March 13, 2024. The YouTube Videos have inflicted and continue to inflict significant reputational damage on the Applicants.

9. On March 19, 2024, the Applicants filed a criminal complaint against the Anonymous Individual with the Seoul Yongsan Police Station in Seoul, Republic of Korea (hereinafter "**Criminal Matter**") for publishing the YouTube Videos. The Applicants are claiming defamation and the crime of insult under the laws of the Republic of Korea.

10. The Applicants, however, have been unable to identify the true identity of the Anonymous Individual, preventing the Application from proceeding with the Criminal Matter.

11. Unless the true identity of the Anonymous Individual is revealed, the Applicants will not be able to pursue the Criminal Matter.

12. The identity of the Anonymous Individual will only be used for the purpose of the Criminal Matter.

Pursuant to 28 U.S.C. § 1746(1), I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

3
DECLARATION OF DONGHOON SHIN

STREAM|KIM
ATTORNEYS AT LAW
3403 TENTH STREET,
STE 700
RIVERSIDE, CA 92501
951-783-9470

Executed on March 27, 2024

_____
Donghoon Shin

4
DECLARATION OF DONGHOON SHIN

STREAM|KIM
ATTORNEYS AT LAW
3403 TENTH STREET,
STE 700
RIVERSIDE, CA 92501
951-783-9470

## Exhibit 1



1 / 1