Eugene Kim, SBN: 221753
Email: eugene.kim@streamkim.com
**STREAM KIM HICKS WRAGE & ALFARO, PC**
3403 Tenth Street, Suite 700
Riverside, CA  92501
Telephone: (951) 783-9470
Facsimile: (951) 783-9475

*Attorneys for Applicants*
*Min-ji Kim, Phạm Ngọc Hân,*
*Ji-hye Mo, Hae-rin Kang, Hye-in Lee*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| *In re Ex Parte* Application of | CASE NO. 5:24-mc-80072-PCP |
| Min-ji Kim, Phạm Ngọc Hân, Ji-hye Mo, Hae-rin Kang, Hye-in Lee<br><br>Applicants. | **AMENDED DECLARATION OF MUN HUI KIM IN SUPPORT OF APPLICANTS'** ***EX PARTE*** **APPLICATION FOR ORDER PURSUANT TO 28 U.S.C. § 1782 AUTHORIZING DISCOVERY FOR USE IN A FOREIGN PROCEEDING** |

I, Mun Hui Kim, state as follows:

1. I am an attorney licensed to practice law in the Republic of Korea. I am a Partner at Yulchon LLC, a law firm in Seoul, Republic of Korea.

2. I have personal knowledge of the matters stated in this declaration.

1

AMENDED DECLARATION OF MUN HUI KIM

STREAM|KIM
ATTORNEYS AT LAW
3403 TENTH STREET,
STE 700
RIVERSIDE, CA  92501
951-783-9470

3. I have reviewed the YouTube videos at issue.

4. I submit this declaration in support of Min-ji Kim's, Phạm Ngọc Hân's, Ji-hye Mo's, Hae-rin Kang's, and Hye-in Lee's (hereinafter collectively referred to as "**Applicants**" or "**NewJeans members**") *Ex Parte* Application for an Order Pursuant to 28 U.S.C. § 1782 Authorizing Discovery for Use in Foreign Proceedings ("**Application**").

5. I was consulted by, and advised ADOR Co., Ltd. ("**ADOR**"), a corporation established under the laws of the Republic of Korea, about filing a criminal complaint against an anonymous individual (the "**YouTuber**") associated with the YouTube channel named *7th Grade in Middle School School* ("중학교 7학년" in the original Korean language) [1] ("**YouTube Channel**"). On the YouTube Channel, the YouTuber published a number of videos containing false and/or defamatory statements about the Applicants.

6. On March 19, 2024, the Applicants filed a criminal complaint against the YouTuber with the Seoul Yongsan Police Station for defamation pursuant to Article 70(2) of the Act on Promotion of Information and Communications Network Utilization and Information Protection and for the crime of insult pursuant to Article 311 of the Korean Criminal Act ("**Criminal Matter**").

7. I am the attorney of record for the Applicants in the Criminal Matter.

8. Article 70(2) of the Act on Promotion of Information and Communications Network Utilization and Information Protection ("정보통신망 이용촉진 및 정보보호 등에 관한 법률" in the original Korean language) provides:[2]

> *A person who commits defamation of another person by disclosing a false fact to the public through an information and communications network purposely to disparage his or her reputation shall be punished by imprisonment with labor for up to seven years, by suspension of qualification for up to ten years, or by fine not exceeding 50 million won.*

9. Article 311 of the Korean Criminal Act ("형법" in the original Korean language)

---

[1] The YouTube Channel is located at https://www.youtube.com/@Middle7.
[2] English translation provided by Korea Legislation Research Institute available at https://www.law.go.kr/LSW/lsInfoP.do?lsiSeq=176679&viewCls=engLsInfoR&urlMode=engLsInfoR&chrClsCd=010203#EJ70:0.

AMENDED DECLARATION OF MUN HUI KIM

STREAM|KIM
ATTORNEYS AT LAW
3403 TENTH STREET,
STE 700
RIVERSIDE, CA  92501
951-783-9470

1  provides:[3]

> *A person who publicly insults another shall be punished by imprisonment with or without labor for not more than one year or by a fine not exceeding two million won.*

10. In order to proceed with the Criminal Matter in the Republic of Korea, the identity of the YouTuber must be known. At present, the Applicants cannot identity the YouTuber and therefore they are not able to proceed with the Criminal Matter. Thus, the Applicants are seeking personally identifiable information ("**PII**") of the YouTuber through the Application in order to proceed with the Criminal Matter.

11. Through its US counsel, ADOR has attempted to obtain the PII from Google LLC ("**Google**") by sending a letter via registered mail and e-mail on March 18, 2024; attached as **Exhibit 2** is a true and correct copy of the letter that ADOR's US counsel sent to Google LLC. ADOR's US counsel received an automated response from Google LLC on the same day; attached as **Exhibit 3** is a true and correct copy of the automated email that ADOR's US counsel received on March 18, 2024.

12. Google is not a party to the Criminal Matter. Because the information sought through the Application is held by Google in the United States,[4] it is beyond the reach of the jurisdiction of Korean courts.

13. Based upon my experience as an attorney licensed to practice law in the Republic of Korea, courts of the Republic of Korea are receptive to assistance in discovery by United States federal courts.

14. I am not aware of any restrictions imposed by, or any policies under, the laws of the Republic of Korea that limit judicial assistance of United States federal courts for the purposes described herein and in the Application.

---

[3] English translation provided by Korea Legislation Research Institute available at https://www.law.go.kr/LSW/engLsSc.do?section=&menuId=1&subMenuId=21&tabMenuId=117&eventGubun=060101&query=%ED%98%95%EB%B2%95#.

[4] The principal office of Google is located at 1600 Amphitheatre Parkway, Mountain View, California 94043; attached as **Exhibit 1** is a true and a correct copy of the Statement of Information of Google filed on September 7, 2023 obtained from the California Secretary of State.

3
AMENDED DECLARATION OF MUN HUI KIM

15. The Applicants are not attempting to circumvent any foreign proof-gathering restrictions or other policies of the Republic of Korea or the United States of America. Based on my experience and knowledge, the information about the YouTuber sought by the Applicants is admissible in Korean proceedings.

16. Through discovery, the Applicants are seeking information regarding the accounts linked to the YouTuber's Google account that he/she/it uses to log in to YouTube.

17. In the event the YouTuber has not provided his or her PII in the said Google account, my understanding is that the access log of the Google account would be needed to identify the YouTuber. The access log that the Applicants seek should contain the dates, times, internet protocol addresses ("**IP addresses**"), and port numbers relating to the YouTuber's accesses to the Google account(s). This is because if the Applicants have to identify the YouTuber through the internet service provider ("**ISP**"), IP address, port number and timestamp must be known. Without the timestamp and the port number, the ISP will not be able to track the person using the IP address.

18. I understand that the port number and timestamp do not contain substantial private information, such as the websites the Google account holder has accessed.

19. Based upon the foregoing, the information and documents sought from Google is highly relevant and crucial to the Applicants' criminal case in the Republic of Korea and is narrowly tailored and limited to the discovery of information necessary to identify the true identity of the YouTuber against whom the criminal case is filed.

Pursuant to 28 U.S.C. § 1746(1), I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on April 3, 2024

Mun Hui Kim

4

AMENDED DECLARATION OF MUN HUI KIM

STREAM|KIM
ATTORNEYS AT LAW
3403 TENTH STREET,
STE 700
RIVERSIDE, CA 92501
951-783-9470

Exhibit 1
Case 5:24-mc-80072-PCP   Document 8   Filed 04/03/24   Page 5 of 9




**STATE OF CALIFORNIA**
*Office of the Secretary of State*
**STATEMENT OF INFORMATION**
**LIMITED LIABILITY COMPANY**
California Secretary of State
1500 11th Street
Sacramento, California 95814
(916) 653-3516

**For Office Use Only**

**-FILED-**

File No.: BA20231413505
Date Filed: 9/7/2023

| Entity Details | |
|---|---|
| Limited Liability Company Name | GOOGLE LLC |
| Entity No. | 201727810678 |
| Formed In | DELAWARE |

| Street Address of Principal Office of LLC | |
|---|---|
| Principal Address | 1600 AMPHITHEATRE PARKWAY<br>MOUNTAIN VIEW, CA 94043 |

| Mailing Address of LLC | |
|---|---|
| Mailing Address | 1600 AMPHITHEATRE PARKWAY<br>MOUNTAIN VIEW, CA 94043 |
| Attention | Attn: Legal Dept. |

| Street Address of California Office of LLC | |
|---|---|
| Street Address of California Office | 1600 AMPHITHEATRE PARKWAY<br>MOUNTAIN VIEW, CA 94043 |

| Manager(s) or Member(s) | |
|---|---|
| Manager or Member Name | Manager or Member Address |
| XXVI Holdings Inc. | 1600 Amphitheatre Parkway<br>Mountain View, CA 94043 |

| Agent for Service of Process | |
|---|---|
| California Registered Corporate Agent (1505) | CORPORATION SERVICE COMPANY WHICH WILL DO BUSINESS IN CALIFORNIA AS CSC - LAWYERS INCORPORATING SERV<br>Registered Corporate 1505 Agent |

| Type of Business | |
|---|---|
| Type of Business | TECHNOLOGY COMPANY |

| Email Notifications | |
|---|---|
| Opt-in Email Notifications | Yes, I opt-in to receive entity notifications via email. |

| Chief Executive Officer (CEO) | |
|---|---|
| CEO Name | CEO Address |
| Sundar Pichai | 1600 Amphitheatre Parkway<br>Mountain View, CA 94043 |

**Labor Judgment**

No Manager or Member, as further defined by California Corporations Code section 17702.09(a)(8), has an outstanding final judgment issued by the Division of Labor Standards Enforcement or a court of law, for which no appeal is pending, for the violation of any wage order or provision of the Labor Code.

**Exhibit 1**

Electronic Signature

☒ By signing, I affirm under penalty of perjury that the information herein is true and correct and that I am authorized by California law to sign.

*Kenneth H. Yi* *09/07/2023*
Signature                                             Date

B2094-5691 09/07/2023 10:26 AM Received by California Secretary of State



Office: (951) 783-9470   Fax: (951) 783-9475
eugene.kim@StreamKim.com

March 18, 2024

**VIA E-MAIL AND EXPRESS MAIL**

Google LLC
Attn: Legal Department, Custodian of Records
1600 Amphitheatre Parkway
Mountain View, CA 94043
internationalcivil@google.com

Re:   Request for Identification of Anonymous YouTuber in connection with Korean Criminal Matter

Dear Google Legal Department:

On behalf of our clients ADOR and members of NewJeans ("Client"), we are seeking information for purposes of using it in a foreign criminal matter. Specifically, we ask for Google LLC's assistance to identify an anonymous YouTuber who has publicly defamed and/or made false statements about members of K-pop idol group NewJeans.

By way of background, an anonymous individual using the YouTube channel named *7th Grade in Middle School* ("중학교 7학년" in the original Korean language) [1] with approximately 12,700 subscribers has uploaded around 33 defamatory videos regarding our Client between September 10, 2022 and March 6, 2024. These videos have recorded over 13,800,000 views as of today. The false and/or defamatory statements made in the videos have inflicted and continues to inflict significant reputational damage on our Client.

As part of actively pursuing a criminal action against the anonymous individual in South Korea, our Client must identify the anonymous individual in order to fully prosecute the case. Our Client's Korean counsel believes the anonymous individual has committed defamation pursuant to Article 70(2) of the Act on Promotion of Information and Communications Network Utilization and Information Protection and a crime of insult pursuant to Article 311 of the Korean Criminal Act.

We ask for your assistance in identifying the following information ("Requested Information") to aid in the prosecution of this Korean criminal matter:

1. Google account(s) and YouTube account(s) that are used to sign in to or that are registered to, linked to, or otherwise associated to the YouTube channel named *7th Grade in Middle School* ("중학교 7학년" in the original Korean language) that is located at: https://www.youtube.com/@Middle7.
2. The following information relating to the individual(s) owning or operating the Google account(s) and YouTube account(s) mentioned in (1) above:
   a. Names
   b. Address (including physical, billing and shipping address)
   c. Email Address (including recovery email address)
   d. Telephone Numbers (including recovery number

---

[1]   This YouTube channel can be accessed at https://www.youtube.com/@Middle7

March 18, 2024
Request for Identification of Anonymous YouTuber in connection with Korean Criminal Matter
Page 2 of 2

    Please let us know by March 25, 2024, whether Google will voluntarily provide the Requested Information. If we do not receive a positive response by this date, our Client will file a Section 1782 discovery application in the Northern District of California to obtain discovery from Google LLC.

    Should you have any questions or need further clarification, please contact me by email at eugene.kim@streamkim.com.

Sincerely,

*[signature]*

Eugene Kim
Stream Kim Hicks
Wrage and Alfaro, P.C.
1 (951) 783-9470
eugene.kim@streamkim.com

# Exhibit 3

| | |
|---|---|
| **From:** | lis-noreply@google.com |
| **To:** | Janet Velazquez |
| **Subject:** | [8-5601000035701] Autoresponse to IntlCiv |
| **Date:** | Monday, March 18, 2024 2:11:27 PM |



**This is the first email you've received from this external sender.**

Do not click links or open attachments unless it is an email you expected to receive.

Hello,

Google does not respond to informal requests for non-public information about our users. The information you are requesting, to the extent it exists, is subject to data protection laws.

In accordance with those laws, it is Google's policy to only provide subscriber information pursuant to properly served, valid legal process.

To learn more about serving Google Ireland Limited or Google LLC with civil legal process that requests user data, please see our help center article at https://support.google.com/faqs/answer/6151275?hl=en.

If you are an attorney working on behalf of a Google user, please initially refer to the resources identified above.  We will respond to any attorney letters in the order in which they are received. Further reminder notices will not be necessary and may further delay our ability to respond to your request.

Additionally, if your message relates to questions about Google products and policies, we are generally unable to answer them and encourage you to visit our help pages at http://support.google.com/ and read through the information available.

Our team also does not process, forward, or respond to requests for the removal of content from Google's services. To submit a removal request, please complete the online webform available at https://support.google.com/legal. To follow-up on a previously submitted removal request, or to add an attorney letter to your submission, please respond to the confirmation email of the removal request, without changing the subject line.

Regards,

Google
Legal Investigations Support