Eugene Kim, SBN: 221753
Email: eugene.kim@streamkim.com
**STREAM KIM HICKS WRAGE & ALFARO, PC**
3403 Tenth Street, Suite 700
Riverside, CA  92501
Telephone: (951) 783-9470
Facsimile: (951) 783-9475

*Attorneys for Applicants*
*Min-ji Kim, Phạm Ngọc Hân,*
*Ji-hye Mo, Hae-rin Kang, Hye-in Lee*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| *In re Ex Parte* Application of | CASE NO. 5:24-mc-80072-PCP |
| Min-ji Kim, Phạm Ngọc Hân, Ji-hye Mo, Hae-rin Kang, Hye-in Lee, | **NOTICE OF ERRATA FILED CONCURRENTLY WITH** *AMENDED* **EX PARTE APPLICATION** *AND AMENDED* **DECLARATION OF MUN HUI KIM** |
| Applicants. | |

On March 27, 2024, Applicants Min-ji Kim, et al., filed an *ex parte* application for an order seeking discovery from Google LLC under 28 U.S.C. Section 1782 ("**Application**"). The Application included two declarations, multiple exhibits, a proposed order, a proposed subpoena, civil cover sheet, certificate of interested entities and a declination to proceed before the magistrate judge.

Pursuant to this district's instructions on "Correcting E-Filing Mistakes,"[1] the Applicants file this notice of errata to remedy errors requiring correction of the docket, as follows:

---

[1] https://www.cand.uscourts.gov/cases-e-filing/cm-ecf/support-and-troubleshooting/correcting-e-filing-mistakes/

STREAM|KIM
ATTORNEYS AT LAW
3403 TENTH STREET,
STE 700
RIVERSIDE, CA  92501
951-783-9470

1
NOTICE OF ERRATA

1. ECF No. 1, entitled *Ex Parte Application For an Order Pursuant to 28. U.S.C. § 1782 Authorizing Discovery for Use in Foreign Proceedings; and Memorandum of Points and Authorities*, was filed in error. This filing should be stricken from the record and superseded with the **Amended** *Ex Parte Application For an Order Pursuant to 28 U.S.C. § 1782 Authorizing Discovery for Use in a Foreign Proceeding; and Memorandum of Points and Authorities*, concurrently filed herewith as ECF No. 7

2. ECF No. 1-1, entitled *Declaration of Mun Hui Kim in Support of Applicants' Ex Parte Application for Order Pursuant to 28. U.S.C. §1782 Authorizing Discovery for Use in Foreign Proceedings*, was filed in error. This filing should be stricken from the record and replaced with the **Amended** *Declaration of Mun Hui Kim in Support of Applicants' Ex Parte Application for Order Pursuant to 28 U.S.C. §1782 Authorizing Discovery for Use in a Foreign Proceeding*, dated April 3, 2024, concurrently filed herewith as ECF No. 8

Accordingly, the Applicants respectfully submit the accompanying *amended* documents to correct the inadvertent errors in portions of ECF Nos. 1 and 1-1.

Dated: April 3, 2024                    STREAM KIM HICKS WRAGE & ALFARO, PC.

_____
Eugene Kim
*Attorneys for Applicants*
*Min-ji Kim, et al.*

NOTICE OF ERRATA