1  Eugene Kim, SBN: 221753
   Email: eugene.kim@streamkim.com
2  **STREAM KIM HICKS WRAGE & ALFARO, PC**
   3403 Tenth Street, Suite 700
3  Riverside, CA  92501
   Telephone: (951) 783-9470
4  Facsimile: (951) 783-9475

5
   *Attorneys for Applicants*
6  *Min-ji Kim, et al.*

7
8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10                           SAN JOSE DIVISION

11

12  *In re Ex Parte* Application of            ) CASE NO. 5:24-mc-80072-PCP
                                               )
13  Min-ji Kim, Phạm Ngọc Hân, Ji-hye          ) [~~PROPOSED~~] **ORDER GRANTING**
14  Mo, Hae-rin Kang, H.I.L.,                  ) **APPLICANTS' SUPPLEMENTAL**
                                               ) ***EX PARTE* APPLICATION FOR**
15       Applicants.                           ) **LEAVE TO ISSUE *ADDITIONAL***
                                               ) **SUBPOENA TO GOOGLE LLC**
16                                             ) **PURSUANT TO 28. U.S.C. § 1782**
                                               )
17                                             )
                                               )
18  _____ )

19
20
21
22                          **[PROPOSED] ORDER**

23       This matter comes before the Court on the Applicants' Supplemental *Ex Parte*

24  Application for Leave to Issue *Additional* Subpoena to Google LLC Pursuant to 28. U.S.C. §

25  1782 ("**Supplemental Application**"), which requests additional discovery from Google LLC in

26  connection with a pending civil matter in the Republic of Korea.

27

28  [~~PROPOSED~~] ORDER GRANTING APPLICANTS' SUPPLEMENTAL *EX PARTE* APPLICATION FOR LEAVE TO ISSUE *ADDITIONAL* SUBPOENA TO GOOGLE LLC PURSUANT TO 28. U.S.C. § 1782

**STREAM|KIM**
ATTORNEYS AT LAW
3403 TENTH STREET,
STE 700
RIVERSIDE, CA  92501
951-783-9470

The Court, having fully considered the Supplemental Application, and good cause appearing, **HEREBY GRANTS** the Supplemental Application.

**IT IS HEREBY ORDERED** that:

1. The Applicants are authorized to issue and serve a subpoena on Google LLC for the production of documents in the same form as the proposed subpoena attached as **Exhibit A** to the Application.

2. This Order is limited to the Applicants' request for documents from Google LLC in aid of their Korean civil proceeding.

3. The Applicants' counsel must serve Google LLC a copy of this Order and all papers upon which it was based together with the subpoena.

4. Google LLC shall respond to the subpoena for the production of documents within fourteen (14) days of service of the subpoena and as required under the Federal Rules of Civil Procedure and the Local Rules of the United States District Court for the Northern District of California.

5. The Court hereby retains jurisdiction over this matter.

**IT IS SO ORDERED.**

Dated: October 24, 2024

Honorable P. Casey Pitts
United States District Judge

STREAM|KIM
ATTORNEYS AT LAW
3403 TENTH STREET,
STE 700
RIVERSIDE, CA 92501
951-783-9470

[PROPOSED] ORDER GRANTING APPLICANTS' SUPPLEMENTAL *EX PARTE* APPLICATION FOR LEAVE TO ISSUE *ADDITIONAL* SUBPOENA TO GOOGLE LLC PURSUANT TO 28. U.S.C. § 1782